IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEYANA SCRUGGS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE WHITING-TURNER CONTRACTING | : | |
| COMPANY, et al. | : | 17-CV-3202 |

# **O R D E R**

AND NOW, this 10th day of August, 2018, IT IS HEREBY ORDERED that Defendant, Whiting-Turner's motion to dismiss the second amended compliant for failure to state a claim (Dkt.# 22) is GRANTED. All claims asserted against Whiting-Turner are DISMISSED with prejudice.

BY THE COURT:

*/s/ J. William Ditter, Jr.*
J. WILLIAM DITTER, JR., J.